IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:02CR3171 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| REMUS GESCH, | ) | |
| | ) | |
| Defendant. | ) | |

   Before the court is defendant's Petition for Warrant or Summons for Offender Under Supervision.  Judge Smith Camp has appointed the Federal Public Defender in the petition. The Federal Public Defender has declined this appointment for reasons of conflict or on the basis of the Criminal Justice Act Plan.  Therefore, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS ORDERED** that **Thomas J. Garvey** is appointed as attorney of record for the above-named defendant.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Garvey.

   DATED this 3rd day of March, 2009.

                              BY THE COURT:


                              s/ F. A.  Gossett
                              United States Magistrate Judge