IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REMUS W. GENSCH,<br><br>　　　　　Defendant. | 4:02CR3171<br><br>ORDER |

　　Defendant Remus W. Gensch appeared before the court on Thursday, April 9, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [85]. The defendant was represented by CJA Panel Attorney Thomas J. Garvey and the United States was represented by Assistant U.S. Attorney Janice M. Lipovsky. The government did not seek detention and the defendant was not entitled to a preliminary examination. The defendant was released on current conditions of supervision.

　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

　　**IT IS ORDERED**:

　　1.　A final dispositional hearing will be held before Judge Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 6, 2009 at 10:30 a.m.** Defendant must be present in person.

　　2.　The defendant is released on current conditions of supervision.

　　DATED this 9th day of April, 2009.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　United States Magistrate Judge